```
 1
 2
 3
 4
 5
 6
 7                           UNITED STATES DISTRICT COURT
 8                           WESTERN DISTRICT OF WASHINGTON
 9
    UNITED STATES OF AMERICA,              )
10                                         )
                 Plaintiff,                )   No. CR20-171JCC
11                                         )
    vs.                                    )
12                                         )   MOTION TO SUPPRESS DEFENDANT
    WOBIAO LEI,                            )   WENGUAN LEI'S STATEMENTS
13  XINMING WU,                            )
    YI JUN CHEN,                           )   ORAL ARGUMENT REQUESTED
14  GUO GUI YU,                            )
    SONG K. HUANG,                         )   NOTE DATE: 06/10/2022 OR any convenient
15  ZHIQIANG LIU,                          )   date for the court and witnesses
    WENGUAN LEI,                           )
16  CHEE CHOONG NG,                        )
    GUOLONG LI and                         )
17  LINGFENG LEI,                          )
                 Defendants.               )
18                                         )
                                           )
19  _____
    TO US DISTRICT ATTORNEY'S OFFICE
20  BORIS PETRENKO
    AND ALL OTHER RELATED PARTIES
21  AND TO THE CLERK OF THE COURT

22                          MOTION TO SUPPRESS STATEMENTS

23       Defense Counsel, Gregory Scott Hoover, hereby moves the court for an order

24  SUPPRESSING THE STATEMENTS AND ANY EVIDENCE FOUND AS A RESULT OF THE

25  STATEMENTS OF THE DEFNEDANT WENGUAN LEI.  This motion is based upon the
```

MOTIONS TO SUPPRESS - 1

HOOVER LAW GROUP P.L.L.C.
1805 – 136th Place NE #203
Bellevue, WA 98005
Phone: (206) 613-3111
Fax: (206) 613-3112
E-mail: greg@gshlaw.net

attached pleadings and the declarations of Gregory Scott Hoover and Fawn Chen Hoover filed with the court.

Dated this 27TH of May 2022

*(signature)*
_____
Gregory Scott Hoover WSBA #28049
Attorney for the Defendant
WENGUAN LEI

MOTIONS TO SUPPRESS - 2

HOOVER LAW GROUP P.L.L.C.
1805 – 136th Place NE #203
Bellevue, WA 98005
Phone: (206) 613-3111
Fax: (206) 613-3112
E-mail: greg@gshlaw.net